

| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #: **23-CI-002286**<br>Court:  **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **BAKER, YASMIN VS. RAGAN, ESTHER**, *Defendant*

TO:  **ESTHER RAGAN**

   **633 WEST JEFFERSON STREET**

   **LOUISVILLE, KY 40203**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*

Jefferson Circuit Clerk
Date: **4/12/2023**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____        _____

                                                                                    Served By

                                                                         _____

                                                                                    Title

---

Summons ID: @00001030129 , JEFFERSON COUNTY SHERIFF
CIRCUIT: 23-CI-002286 Sheriff Service
BAKER, YASMIN VS. RAGAN, ESTHER



Page 1 of 1



Presiding Judge: HON. BRIAN EDWARDS (630312)     package : 000003 of 000006

CI : 000001 of 000001

NO. 23-CI-_____                                JEFFERSON CIRCUIT COURT
                                                    DIVISION: _____
                                                    HON._____

*ELECTRONICALLY FILED*

YASMIN BAKER

                                                                        PLAINTIFF

v.                          **COMPLAINT WITH JURY DEMAND**

ESTHER RAGAN
633 West Jefferson Street
Louisville, KY 40203

            SERVE:        *Jefferson County Sheriff*

                                                                        DEFENDANTS

---

        Comes the Plaintiff, Yasmin Baker, by counsel, and for her claims for relief against the

Defendant herein states as follows:

        1.      Plaintiff, Yasmin Baker, is, and was at all times pertinent hereto, a resident of

Louisville, Jefferson County, Kentucky.

        2.      The Defendant, Esther Ragan, is, and was at all times pertinent hereto, a resident of

Louisville, Jefferson County, Kentucky.

        4.      On or about September 1, 2021, at the intersection of S. 34th Street and Virginia

Avenue in Louisville, Jefferson County, Kentucky, the Plaintiff, Yasmin Baker, was driving her

2007 Ford Fusion westbound on Virginia Avenue with a green light for her direction of travel

when the Defendant, Esther Ragan, was driving a 2019 Ford Taurus Interceptor police cruiser

owned by the Louisville Metro Police Department northbound on 34th Street with a red light,

failing to slow, stop or yield at the red light and causing the police cruiser to crash into the

Plaintiff's Ford Fusion.

package : 000004 of 000006

Presiding Judge: HON. BRIAN EDWARDS (630312)

COM : 000001 of 000003

5.      The Defendant, Esther Ragan, operated the police cruiser in such a negligent and careless manner so as to cause a collision between these two vehicles, which collision injured the Plaintiff, Yasmin Baker.

6.      As a direct and proximate result of the negligence of the Defendant, Esther Ragan, the Plaintiff, Yasmin Baker, sustained temporary and permanent injuries, including but not limited to her neck, back, and right shoulder, causing great physical and mental pain and anguish and the loss of enjoyment of life; that she will continue to suffer such damage in the future, her injuries being permanent in nature; that she has incurred large sums of money for physicians and medical expenses in treatment of said injuries and will be required to incur large sums of money for physicians and medical expenses in the future, her injuries being permanent in nature; and that she has lost wages and that her ability to earn wages in the future is impaired, her injuries being permanent in nature.

**WHEREFORE**, Plaintiff, Yasmin Baker, respectfully requests as follows :

1.      Judgment against the Defendant, Esther Ragan, for a fair and reasonable amount in compensatory damages;

2.      Trial by Jury;

3.      Post-judgement interest;

4.      Court costs;

5.      For summons to issue as directed in the caption by Jefferson County Sheriff;

and

6.      Any and all relief to which she may be entitled.

package : 000005 of 000006

Presiding Judge: HON. BRIAN EDWARDS (630312)

COM : **000002 of 000003**

Respectfully Submitted,

/s/ ANNA P. NOAKES
Anna P. Noakes, Esq. (97735)
Noakes Law Group, PLLC
10200 Forest Green Blvd.
Suite 112
Louisville, KY 40223
P (502) 777-7854
F (888) 731-9393
anoakes@noakeslaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF NOTICE PURSUANT TO KRS 411.188

It is hereby certified that, pursuant to KRS 411.188, the following were notified of the filing of this lawsuit and provided a copy of the Complaint via certified mail, return receipt requested:

**Humana Healthy Horizons through Equian**
**PO Box 35367**
**Louisville, KY 40232-5367**

Notice is hereby given to the above that failure to assert subrogation rights, if any, by intervention under CR 24 will result in the loss of such rights with respect to any final award received by the Plaintiff as a result of this action.

This 12th day of April 2023.

/s/Anna P. Noakes
Anna P. Noakes

Filed          23-CI-002286     06/19/2023     David L. Nicholson, Jefferson Circuit Clerk

NO. 23-CI-002286

JEFFERSON CIRCUIT COURT
DIVISION ELEVEN (11)
JUDGE BRIAN C. EDWARDS

YASMIN BAKER                                                                    PLAINTIFF

vs.            **ANSWER ON BEHALF OF ESTHER RAGAN**

ESTHER RAGAN                                                                    DEFENDANT

* * * * * * * *

Defendant, Esther Ragan ("Ragan"), for her answer to plaintiff's Complaint states as follows:

1.      Ragan is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1 of plaintiff's Complaint, and therefore they are denied.

2.      Ragan denies the allegations contained in paragraph 2 of plaintiff's Complaint.

3.      There is no paragraph 3 in plaintiff's Complaint.

4.      With respect to the allegations contained in paragraph 4 of plaintiff's Complaint, Ragan admits that plaintiff was driving a 2007 Ford Fusion on September 1, 2021, and was traveling westbound on Virginia Avenue at the time of the accident that is the subject of plaintiff's Complaint.  Ragan further admits that she was driving a 2019 Ford Taurus marked police vehicle owned by Louisville/Jefferson County Metro Government and was traveling northbound on 34th Street on an emergency call for service with lights and siren activated at the time of the accident that is the subject of plaintiff's Complaint.  Ragan denies that she failed to slow at the intersection, but admits that she failed to come to a complete

A9EE104A-E12F-43EA-BC59-4D05923F890D : 000001 of 000004

ANS : 000001 of 000004

Filed            23-CI-002286    06/19/2023            David L. Nicholson, Jefferson Circuit Clerk

stop at the red traffic signal for her approach. Ragan denies any remaining allegations contained in paragraph 4 of plaintiff's Complaint.

5.      With respect to the allegations contained in paragraph 5 of the Complaint, Ragan admits that she failed to come to a complete stop at the red traffic signal for her approach, but denies the remaining allegations in paragraph 5 of plaintiff's Complaint.

6.      Ragan denies the allegations contained in paragraph 6 of the Complaint.

7.      Ragan denies any remaining allegations contained in plaintiff's Complaint that are not otherwise admitted, including the prayer for relief.

**FIRST DEFENSE**

8.      The Complaint fails to state a cause of action against Ragan for which relief may be granted.

**SECOND DEFENSE**

9.      The injuries and damages about which plaintiff complains were caused in whole or in part by plaintiff's own negligence and her failure to exercise a reasonable degree of care for her own safety and such failure was the proximate cause of, or a substantial factor contributing to, plaintiff's alleged injuries and damages.

**THIRD DEFENSE**

10.     Plaintiff has failed to mitigate her injuries and damages, if any.

**FOURTH DEFENSE**

11.     Ragan provisionally pleads all defenses set out in CR 8.03 and 12.08 subject to additional discovery to be taken in this matter.

Filed            23-CI-002286    06/19/2023            David L. Nicholson, Jefferson Circuit Clerk

A9EE104A-E12F-43EA-BC59-4D05923F890D : 000002 of 000004

ANS : 000002 of 000004

Filed        23-CI-002286    06/19/2023        David L. Nicholson, Jefferson Circuit Clerk

## FIFTH DEFENSE

12.    To the extent plaintiff has released, settled, compromised, or otherwise received compensation for her injuries she claims to have sustained, any recovery to which plaintiff might otherwise be entitled in this action is thereby barred or reduced, and Ragan entitled to appropriate set-offs, credits, deductions, and apportionment.

## SIXTH DEFENSE

13.    Ragan expressly reserves the right to file further pleadings and to assert additional defenses as the proof develops.

**WHEREFORE,** Esther Ragan respectfully requests:

1.    dismissal of plaintiff's Complaint with prejudice;

2.    trial by jury;

3.    her costs expended herein; and

4.    any and all other relief to which she appears reasonably entitled.


Respectfully Submitted,
MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY


*/s/ Gregory Scott Gowen*
Gregory Scott Gowen
Assistant Jefferson County Attorneys
First Trust Centre
200 S. Fifth, Suite 300N
Louisville, KY  40202
(502) 574-3337
*Counsel for Defendant, Esther Ragan*

A9EE104A-E12F-43EA-BC59-4D05923F890D : 000003 of 000004

ANS : 000003 of 000004

Filed        23-CI-002286    06/19/2023        David L. Nicholson, Jefferson Circuit Clerk

Filed        23-CI-002286    06/19/2023        David L. Nicholson, Jefferson Circuit Clerk

### CERTIFICATE OF SERVICE

This is to certify that the undersigned filed the foregoing on June 19, 2023 using the Court's e-filing system which will send copies to:

Anna P. Noakes
NOAKES LAW GROUP, PLLC
10200 Forest Green Blvd.
Suite 112
Louisville, Kentucky  40223
anoakes@noakeslaw.com
*Counsel for Plaintiff, Yasmin Baker*

/s/ *Gregory Scott Gowen*
Gregory Scott Gowen

4

A9EE104A-E12F-43EA-BC59-4D05923F890D : 000004 of 000004

ANS : 000004 of 000004

Filed        23-CI-002286    06/19/2023        David L. Nicholson, Jefferson Circuit Clerk

Filed          23-CI-002286    06/19/2023    David L. Nicholson, Jefferson Circuit Clerk

A50ABF8C-BD9C-4F6A-B1C3-DAEF94C7698F : 000001 of 000002

NO. 23-CI-002286

JEFFERSON CIRCUIT COURT
DIVISION ELEVEN (11)
JUDGE BRIAN C. EDWARDS

YASMIN BAKER                                                        PLAINTIFF

vs.                **ENTRY OF APPEARANCE AND
NOTICE OF ELECTION TO EFFECTUATE AND
<u>RECEIVE SERVICE VIA ELECTRONIC MEANS</u>**

ESTHER RAGAN                                                       DEFENDANT

* * * * * * * *

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters his appearance as counsel for Defendant, Esther Ragan.  Pursuant to CR 5.02(2), the undersigned elects to effectuate and receive service via electronic means to and from all other attorneys or parties in the action.  Service shall be made upon undersigned counsel at the following electronic notification address:  sgowen@fmdlegal.com.  Pursuant to CR 5.02(2), all other attorneys or parties are requested to provide an electronic notification address at which they may be served.

Respectfully Submitted,
MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

<u>/s/ Gregory Scott Gowen</u>
Gregory Scott Gowen
Assistant Jefferson County Attorneys
First Trust Centre
200 S. Fifth, Suite 300N
Louisville, KY  40202
(502) 574-3337
*Counsel for Defendant, Esther Ragan*

Filed          23-CI-002286    06/19/2023    David L. Nicholson, Jefferson Circuit Clerk

EA : 000001 of 000002

Filed        23-CI-002286    06/19/2023        David L. Nicholson, Jefferson Circuit Clerk

## CERTIFICATE OF SERVICE

This is to certify that the undersigned filed the foregoing on June 19, 2023 using the Court's e-filing system which will send copies to:

Anna P. Noakes
NOAKES LAW GROUP, PLLC
10200 Forest Green Blvd.
Suite 112
Louisville, Kentucky  40223
anoakes@noakeslaw.com
*Counsel for Plaintiff, Yasmin Baker*

/s/ *Gregory Scott Gowen*
Gregory Scott Gowen

2

Filed        23-CI-002286    06/19/2023        David L. Nicholson, Jefferson Circuit Clerk

A50ABF8C-BD9C-4F6A-B1C3-DAEF94C7698F : 000002 of 000002

EA : 000002 of 000002

Filed        23-CI-002286   06/21/2023          David L. Nicholson, Jefferson Circuit Clerk

NO. 23-CI-002286                                    JEFFERSON CIRCUIT COURT
                                                          DIVISION ELEVEN (11)
                                                       JUDGE BRIAN C. EDWARDS

YASMIN BAKER                                                          PLAINTIFF

vs.                 **NOTICE OF SERVICE OF DISCOVERY REQUESTS**

ESTHER RAGAN                                                         DEFENDANT

                              * * * * * * * *

 **PLEASE TAKE NOTICE** that defendant, Esther Ragan ("Ragan"), served her first

set of written discovery requests on plaintiff, Yasmin Baker, via electronic mail on June 20,

2023.

       Respectfully Submitted,
       MICHAEL J. O'CONNELL
       JEFFERSON COUNTY ATTORNEY


       */s/ Gregory Scott Gowen*
       Gregory Scott Gowen
       Assistant Jefferson County Attorneys
       First Trust Centre
       200 S. Fifth, Suite 300N
       Louisville, KY  40202
       (502) 574-3337
       *Counsel for Defendant, Esther Ragan*

BD570C05-6228-4FD8-A082-353AABD935D9 : 000001 of 000002

NO : 000001 of 000002

Filed        23-CI-002286   06/21/2023          David L. Nicholson, Jefferson Circuit Clerk

Filed          23-CI-002286     06/21/2023          David L. Nicholson, Jefferson Circuit Clerk

## CERTIFICATE OF SERVICE

This is to certify that the undersigned filed the foregoing on June 21, 2023 using the Court's e-filing system which will send copies to:

Anna P. Noakes
NOAKES LAW GROUP, PLLC
10200 Forest Green Blvd.
Suite 112
Louisville, Kentucky  40223
anoakes@noakeslaw.com
*Counsel for Plaintiff, Yasmin Baker*


                                        */s/ Gregory Scott Gowen*
                                        Gregory Scott Gowen

2

NO. 23-CI-002286                                    JEFFERSON CIRCUIT COURT
                                                            DIVISION ELEVEN (11)
                                                        JUDGE BRIAN C. EDWARDS

YASMIN BAKER                                                        PLAINTIFF

vs.

ESTHER RAGAN                                                       DEFENDANT

* * * * * * * *

## DISCOVERY REQUESTS I

Defendant, Esther Ragan ("Ragan"), makes the following discovery requests to plaintiff, Yasmin Baker, pursuant to Kentucky Rules of Civil Procedure 26, 33, 34 and 36.

### REQUEST FOR ADMISSION

1.      Please admit that the amount of damages, exclusive of interest and costs, that you will seek at trial will not exceed the sum or value of Seventy-Five Thousand Dollars ($75,000.00).

**RESPONSE:**

### INTERROGATORIES

1.      Please state your full name, home address, business, professional occupation, business address, current employer, and if married, the name of your spouse.

**ANSWER**:

2.      Please list every person you know or believe to have (a) witnessed the accident referred to in your Complaint; (b) knowledge or information relevant to the accident; and (c) given a statement concerning the accident.

**ANSWER**:

3.      Please list every person you recall talking with or giving a statement to at the scene of the accident referred to in your Complaint.

**ANSWER**:

4.      Please itemize the medical expenses which you have incurred and which you allege are attributable to the accident.  Include the name of the treating physician, the dates of treatment, type of treatment, and what the treatment was for.

**ANSWER**:

5.      Pursuant to CR 8.01(2), please set forth the amount of damages you seek for (a) pain and suffering; (b) permanent impairment of your power to labor and earn money; (c) present medical expenses; (d) future medical expenses; (e) lost wages; and (f) any other element of damage you seek from the defendant in this case.

**ANSWER**:

6.      Do you claim lost wages resulting from this accident?  If so, please itemize your lost wage claim, including the name of your employer, number of hours or days lost, hourly wage, weekly wage, and whether you have returned to work.

**ANSWER**:

7.      Set forth in itemized form each and every occasion on which you consulted with, or were treated or examined by, a physician or other health care provider during the period five years before the accident referred to in your Complaint to the present.  For each such occasion, state (a) the name and address of the physician, (b) the reason for the consultation, treatment, or examination, and (c) any treatment or medication administered or prescribed to or for you.

**ANSWER**:

8.      List and describe any illnesses or health problems you had at the time of the accident referred to in your Complaint.

**ANSWER**:

9.      If you have ever filed any claims for workers' compensation, social security disability, or other disability benefits, state the (a) date, (b) basis, (c) file number, and (d) disposition of every such claim.

**ANSWER**:

10.     Please state whether you have ever been a party to a lawsuit either before or after the accident, which is the subject of this lawsuit and, if so, state the name of each case, your involvement in the case, where the case was filed, the outcome of the case, and the approximate date the case was filed.  Please include whether you have ever made a claim in the course of any lawsuit for personal injury.

**ANSWER**:

11.     With respect to each and every injury which you are claiming in this lawsuit, please state whether you had ever, before the date of the accident involved herein, suffered from a similar injury, whether or not the prior injury resulted in medical treatment or hospitalization and, if so, please provide details as to the nature of the previous injury, dates thereof and whether medical treatment or hospitalization resulted.

**ANSWER**:

12.     Have you injured yourself any other way subsequent to September 1, 2021?  If so, please state the date and circumstances surrounding the injury, and any medical treatment sought resulting from those injuries.

**ANSWER**:

13.    Pursuant to CR 26.02(4)(a)(1), identify every person you intend to call as an expert witness at the trial of this case and for each person identified provide a summary of the opinions you expect them to render and the factual basis for those opinions.

**ANSWER**:

14.    Set forth in itemized form a summary of any and all payments or benefits you have received from any source on account of the injuries or other damages you contend you sustained as a result of the accident referred to in the Complaint.

**ANSWER**:

15.    Please state where you had been and where you were going at the time of the accident referred to in the Complaint.

**ANSWER**:

16.    Please identify by name, address, and telephone number, the witnesses you intend to call at trial.

**ANSWER:**

17.    Please describe in narrative fashion and in complete detail the manner in which the accident happened, including any events leading up to the occurrence, your location at the time of the accident, the events occurring immediately thereafter, and please include in your answer all events in sequential order.

**ANSWER:**

18.    Please state whether you have ever pled guilty or been convicted of a misdemeanor or felony in the last ten (10) years.

**ANSWER:**

4

19.    Please state whether you had consumed alcoholic beverages or any type of drugs, including prescription, nonprescription, or recreational, during the forty-eight hours preceding the accident.

**ANSWER:**

20.    Please state whether you were using a cell phone for any purpose at the time of the accident.

**ANSWER:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

Please produce for inspection and copying at the office of the undersigned all documents (as that term is defined in CR 34) within your possession, custody, or control which are within the scope of the following categories:

1.    Documents which evidence or support your claim for damages in this action including, but not limited to, all photographs, videotapes, negatives, drawings, or visual representations of the scene of the accident.

2.    Medical records which evidence or reflect all consultations, treatments, or examinations by any physician or other health care provider for the injuries you contend you sustained or aggravated as a result of the accident referred to in your Complaint.

3.    All medical bills documenting your claimed medical expenses incurred as a result of the accident.

4.    Medical records which evidence or reflect all consultations, treatments, or examinations by any physician or other health care provider during the period five years before the accident referred to in your Complaint to the present.

5.      Documents of any type which evidence or reflect illnesses or health problems you had at the time of the accident referred to in your Complaint.

6.      Documents relating to any and all claims you have filed for workers' compensation, social security disability, or other disability benefits.

7.      Documents evidencing any and all payments or benefits you have received from any source on account of the injuries or other damages you contend you sustained as a result of the accident referred to in the Complaint.

8.      Documents related to you, your case, or your damages which have been prepared by or on behalf of any person you intend to call as an expert witness at the trial of this case.

9.      The curriculum vitae of persons you intend to call as an expert witness at the trial of this case.

10.     Photographs, x-rays, CAT scans, MRIs, motion pictures, videotapes, or any other picture documents which evidence the injuries you contend you sustained or aggravated as a result of the accident described in your Complaint, your treatment therefore, or any other aspect of the damages you claim.

11.     Photographs of the scene of the accident taken by you or anyone on your behalf, including, but not limited to, your attorney or anyone hired by her.

12.     A copy of all video within your possession, custody, or control from any police officer who responded to the scene of the accident that is the subject of your Complaint.

13.     A copy of all video within your possession, custody, or control regarding the accident that is the subject of your Complaint that you or your counsel obtained via an Open Records Request to any government agency.

14.     A copy of all video within your possession, custody, or control from any source depicting the scene of the accident that is the subject of your Complaint.

15.     A copy of all video within your possession, custody, or control from any source containing any statements made by you, Esther Ragan, or any law enforcement officer at the scene of the accident that is the subject of your Complaint.

Respectfully Submitted,
MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

*/s/ Gregory Scott Gowen*
Gregory Scott Gowen
Assistant Jefferson County Attorneys
First Trust Centre
200 S. Fifth, Suite 300N
Louisville, KY  40202
(502) 574-3337
*Counsel for Defendant, Esther Ragan*

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned served the foregoing discovery requests in PDF and Word format on June 20, 2023, via electronic mail to:

Anna P. Noakes
NOAKES LAW GROUP, PLLC
10200 Forest Green Blvd.
Suite 112
Louisville, Kentucky  40223
anoakes@noakeslaw.com
*Counsel for Plaintiff, Yasmin Baker*

*/s/ Gregory Scott Gowen*
Gregory Scott Gowen

7

Filed          23-CI-002286     06/26/2023          David L. Nicholson, Jefferson Circuit Clerk

NO. 23-CI-002286

JEFFERSON CIRCUIT COURT
DIVISION ELEVEN (11)
JUDGE BRIAN C. EDWARDS
*ELECTRONICALLY FILED*

YASMIN BAKER                                                    PLAINTIFF

vs.

ESTHER RAGAN                                                   DEFENDANT

---

## NOTICE OF CHANGE OF ADDRESS

---

      To the Clerk of this Court and all parties of record, please note my change of address and

telephone number in the above captioned case:

> Anna P. Noakes
> Noakes Law Group
> 12101 River Beauty Loop, Unit 101
> Prospect, Kentucky 40059
> Tele: (502) 708-1073
> Fax: (888) 731-9393
> Email: anoakes@noakeslaw.com

> Respectfully submitted,
>
> */s/ Anna P. Noakes*
> Anna P. Noakes (97735)
> Noakes Law Group
> 12101 River Beauty Loop, Unit 101
> Prospect, Kentucky 40059
> Tele: (502) 708-1073
> Fax: (888) 731-9393
> Email: anoakes@noakeslaw.com
> *Counsel for Plaintiff, Yasmin Baker*

1

Filed          23-CI-002286     06/26/2023          David L. Nicholson, Jefferson Circuit Clerk

Filed          23-CI-002286    06/26/2023    David L. Nicholson, Jefferson Circuit Clerk

### *CERTIFICATE OF SERVICE*

I hereby certify that on the 26th day of June, 2023, a true and correct copy of the foregoing Notice of Change of Address, was served by electronic mail upon the following:

Gregory Scott Gowen
Assistant Jefferson County Attorneys
First Trust Centre
200 S. Fifth, Suite 300N
Louisville, KY  40202
(502) 574-3337
sgowen@fmdlegal.com
*Counsel for Defendant, Esther Ragan*

*/s/ Anna P. Noakes*
Anna P. Noakes (97735)
*Counsel for Plaintiff, Yasmin Baker*

Filed          23-CI-002286    06/26/2023          David L. Nicholson, Jefferson Circuit Clerk